| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF ANOKA | TENTH JUDICIAL DISTRICT |

| | |
|---|---|
| Angela Redding, | Court File No.: 02-CV-20-1023 |
| Plaintiff, | |
| v. | **NOTICE OF FILING**<br>**NOTICE FOR REMOVAL** |
| TVI Inc. d/b/a Savers and 4849 LLC, | |
| Defendants. | |

On February 26, 2020, Defendant filed its Notice of Removal of Civil Action to the United States District Court with the United States District Court for the Fourth District of Minnesota, a copy of which is attached hereto and hereby served upon you.

In accordance with 28 U.S.C., § 1446, the filing of the removal petition "effect[s] the removal and the State court shall proceed no further unless and until the case is remanded."

Dated: February 26, 2020

**LIND JENSEN SULLIVAN PETERSON,**
**A PROFESSIONAL ASSOCIATION**

By: s/ Ryan P. Torpey
Patrick J. Larkin (#286801)
Ryan P. Torpey (#0400442)
Attorneys for TVI Inc. d/b/a Savers
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, Minnesota  55402
(612) 333-3637
Patrick.larkin@lindjensen.com
Ryan.Torpey@lindjensen.com